JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STRLING PRICE, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-10801-SK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendants' Motion to Dismiss Plaintiff's Complaint Without Leave to Amend, **IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: <u>August 26, 2025</u>　　　　　　_____

　　　　　　　　　　　　　　　　　　　STEVE KIM
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge